# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1137.  MICHAEL ALONZA RUFUS v. THE STATE.

Michael Alonza Rufus was convicted of possession of marijuana with intent to distribute and possession of a firearm during the commission of a felony. We affirmed his convictions on appeal. *Rufus v. State,* 324 Ga. App. XXVIII (Case No. A13A1416, decided September 30, 2013) (unpublished). Rufus later filed a "Petition for Writ of Error Coram Nobis to Vacate a Void Judgment," in which he argued that his convictions were void because the trial court had lacked personal jurisdiction over him and subject matter jurisdiction over the case and he had received ineffective assistance of counsel. The trial court construed the motion as an extraordinary motion for new trial and denied it. Rufus appealed to the Supreme Court, which subsequently transferred the matter here.

Because "there is no magic in nomenclature," we construe a pleading not by its name, but by its function and substance. *State v. Hasson*, 334 Ga. App. 1, 2 (1) (778 SE2d 15) (2015) (punctuation omitted). Although the style of Rufus's motion contained the words "petition for writ of error coram nobis," the motion was, in substance, a motion to vacate his convictions.[1] But "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Further, any appeal from an

---

[1] A petition for writ of error coram nobis is "the ancestor of an extraordinary motion for new trial based on newly discovered evidence." *State v. Carrion*, 327 Ga. App. 296, 297 (758 SE2d 632) (2014) (punctuation omitted). In his motion, Rufus neither sought a new trial nor pointed to any newly discovered evidence.

order denying or dismissing such a motion must be dismissed. See *Harper*, supra; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Rufus was not authorized to collaterally attack his convictions in this manner, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___09/07/2016___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*